■ In the Matter of EVERETT GARDNER, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [982 NYS2d 808]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Stein, Garry and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ MARTIN LaROCK, Appellant, v STATE OF NEW YORK, Respondent. [981 NYS2d 924]—Appeal from a judgment of the Court of Claims (Hard, J.), entered July 6, 2012, upon a decision of the court in favor of defendant.

Judgment affirmed, upon the opinion of Judge Judith A. Hard.

McCarthy, J.P., Garry, Rose and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.